In the Matter of ANDREW GAZDUN, Respondent, against HENRY E. BRUCKMAN et al., Individually and as the STATE LIQUOR AUTHORITY, Appellants.

Argued February 28, 1939; decided April 4, 1939.

*Monroe I. Katcher, II,* and *Francis V. McHugh* for appellants.

*Frank J. Walsh* and *John F. Kelly* for respondent.

Appeal dismissed, with costs, as the order appealed from is not a final order.   No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.